UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL,<br><br>Plaintiff,<br><br>v.<br><br>PLACERVILLE SELF STORAGE, et al.,<br><br>Defendants. | No. 2:19-cv-01418-MCE-CKD PS<br><br><br><br>ORDER |

Plaintiff has not paid the fee ordinarily required to file an action in this court, and has filed an incomplete application to proceed without prepayment of fees. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff's application indicates that he receives disability or worker's compensation payments but does not describe the source of money and state the amount he received and what he expects to receive in the future per the directions in section 3. (ECF No. 2 at 1.) Plaintiff also submitted an unsigned application. (ECF No. 2 at 2.)

Plaintiff will be provided the opportunity to submit either the appropriate, signed affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

Moreover, the federal courts are courts of limited jurisdiction. In the absence of a basis for federal jurisdiction, plaintiff's claims cannot proceed in this venue. Plaintiff is advised that there is no basis for federal subject matter jurisdiction evident in the complaint. Diversity jurisdiction is also lacking because the parties are not diverse. Thus, if his application to proceed

1

in forma pauperis is denied and/or he elects to pay the filing fee, plaintiff will be ordered to show cause why this action should not be dismissed for lack of jurisdiction.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within fourteen days from the date of this order, either a completed application and signed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis.

Dated: August 2, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

15 vandenheuvel1418.ifp-incompl

2