UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL,<br><br>Plaintiff,<br><br>v.<br><br>PLACERVILLE SELF STORAGE, et al.,<br><br>Defendants. | No. 2:19-cv-01418 MCE CKD (PS)<br><br><br><br>ORDER |

      Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

      On February 5, 2020, the magistrate judge filed findings and recommendations herein which contained notice to all plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations. The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued February 5, 2020 are adopted in full;

2. This action is dismissed with prejudice; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: March 10, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE